# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | **NO. 19-0134-1** |
| **v.** | : | and |
| | : | **CIVIL ACTION** |
| **NVAHBULAI QUISIAH** | : | **NO. 22-1324** |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 28th day of February 2023, upon consideration of Defendant Nvahbulai Quisiah's *motions under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence*, (Docs. 75, 79), and the Government's response in opposition, (Doc. 108), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motions are **DENIED**, and no certificate of appealability shall issue.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*